## (March 5, 1975)

■ MABEL HOGUE, Respondent, v. EUGENE COX, Appellant, et al., Defendants.— On the court's own motion, the decision of this court dated February 24, 1975 is vacated and the following is substituted therefor: " Order of the Supreme Court, Kings County, entered January 20, 1975, affirmed, without costs. No opinion." The order of this court dated February 24, 1975 is amended accordingly. Rabin, Acting P. J., Hopkins, Christ, Brennan and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS AGRO, Appellant.— Judgment of the Supreme Court, Queens County, rendered June 10, 1974, affirmed. No opinion. The case is remitted to the Supreme Court, Queens County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Martuscello, Cohalan, Brennan and Shapiro, JJ., concur.